**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICAPLAINTIFF

v.NO. 4:14CR00188-07 JLH

TOMMIE ICEDEFENDANT

## ORDER

Pursuant to Federal Rule of Criminal Procedure 35(a), Tommie Ice's unopposed motion to amend the judgment is GRANTED. Document #326. The Judgment is amended to reflect that Tommie Ice's sentence will run concurrent with the sentence imposed in *State of Arkansas v. Tommie Ice*, Pulaski County Circuit Court Case No. 60CR-14-2321.

All other terms and conditions of the original sentence remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 4th day of June, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE