# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.             No. 4:14-cr-188-DPM-7

**TOMMIE ICE**

## ORDER

Ice's motion to end his supervision early, *Doc. 1100*, is denied without prejudice. The Court commends Ice on his progress since release. But he's had some stumbles during the last year; and the motion includes no details about his current life situation or about why early termination is in the interests of justice. In the circumstances, continued supervision is warranted. 18 U.S.C. § 3583(e)(1).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 January 2021